UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT LARSEN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>NORDICTRACK, INC., iFIT Inc., and iFIT HEALTH & FITNESS, INC.,<br><br>        Defendants. | Civ. No. 2:22-cv-04492-BRM-CLW<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Pursuant to Local Civil Rule 41.1(b), and Rules 7(b) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kurt Larsen ("Plaintiff") and Defendants NordicTrack, Inc., iFIT Inc. and iFIT Health & Fitness, Inc. (collectively, "Defendants"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff and Defendants have resolved their dispute;

WHEREAS, as part of that resolution Plaintiff and Defendants agree that the above captioned action be dismissed with prejudice;

NOW, HEREBY, THE PARTIES STIPULATE AND AGREE that subject to the Court's approval, Plaintiff's Complaint in the above-captioned action is hereby DISMISSED WITH PREJUDICE with each party to bear their own respective attorney's fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 19, 2023

1

By: /s/ *Raphael Janove (with permission)*
    Raphael Janove
    **POLLOCK COHEN LLP**
    111 Broadway, Suite 1804
    New York, NY 10006
    (212) 337-5361
    Rafi@PollockCohen.com


PARR BROWN GEE & LOVELESS, P.C.

By: /s/ *Terry Welch*
    Terry Welch
    Robert S. Clark
    Bryan S. Johansen


By: /s/
    Bennet Susser
    **JARDIM, MEISNER & SUSSER, P.C.**
    30B Vreeland Road, Suite 100
    Florham Park, NJ 07932
    bennet@jmslawyer.com

Attorneys for Defendant iFIT Inc.

Dated: January 20, 2023

By: _____
    Hon. Brian R. Martinotti
    United States District Court Judge

2